UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor | : | Civil Action No. |
| | : | 18-346 (DRH, AKT) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| DRF HOSPITALITY MANAGEMENT LLC d/b/a BARTO RESTAURANT and DONALD FINLEY, Individually, | : | |
| | : | |
| Defendants. | | |

---

**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

I, SUSAN B. JACOBS, being duly sworn, do hereby make this declaration under the penalty of perjury, as prescribed in 28 U.S.C. § 1746, as follows:

1. I caused to be served the Report and Recommendation granting Plaintiff's Request for Default Judgment issued on March 13, 2019 (Document No. 16) on Defendants by: (a) placing two copies of said document in a securely sealed United Parcel Service envelope and sending them via U.P.S. Next Day Air and (b) placing two copies of said document in securely sealed United States Government postage-free, franked envelope and mailing them via first-class mail.

2. Because I have information that Barto Restaurant is now closed, both envelopes were addressed to Defendant Donald Finley, Owner of Barto Restaurant, and sent to his last-known residential address: 39 Overlook Road, Locust Valley, NY 11560.

The foregoing is true and accurate to the best of my knowledge, information, and belief.

DATED:   March 13, 2019
         New York, New York

                                                   **/s/ Susan B. Jacobs**
Susan B. Jacobs
Senior Trial Attorney

U.S. Department of Labor
Office of the Solicitor, Region II
201 Varick Street, Room 983
New York, New York 10014
Tel. (646) 264-3664
Fax (646) 264-3660, 3670
Email: jacobs.susan@dol.gov